**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 99-10301
Summary Calendar

WESTERN OIL & GAS JV, INC.,

Plaintiff-Appellee,

versus

LLOYD PETROLEUM CORPORATION, ETC., ET AL.,

Defendants,

JOHN L. GRIFFITHS, an individual,

Defendant- Appellant.

Appeal from the United States District Court
for the Northern District of Texas
(3:97-CV-1990-P)

January 3, 2000

Before POLITZ, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

   Lloyd Petroleum Corporation and John L. Griffiths appeal trial court rulings

on their claims of *res judicata*, collateral estoppel and election of remedies, and

they contend that the trial court has permitted double recovery.  Our review of the

record and briefs persuades beyond peradventure that this appeal presents no

---

   [*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ.
R. 47.5.4.

reversible error and, accordingly, the judgment of the trial court is, in all respects,

AFFIRMED.